AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America )<br>v. )<br>JASON ROBERT CHARTER )  Case No.<br>DOB: xx/xx/xxxx )<br> )<br> )<br> )<br>*Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 22, 2020__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 (2 counts) | Willfully injures or commits depradation on property of United States causing damage in excess of $1,000. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Johnathon Hoyt*
Complainant's signature

JOHNATHON HOYT, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 07/01/2020

*Judge's signature*

City and state: Washington, D.C.      DEBORAH A. ROBINSON, U.S. Magistrate Judge
*Printed name and title*