## STATEMENT OF FACTS

On June 20, 2020, at approximately 12:13 AM, officers from the United States Park Police ("USPP") were dispatched to the 200 block of Indiana Avenue, Northwest, Washington, D.C., in response to reports of the destruction of the Albert Pike Historical Statue (the "Pike Statue"). The Pike Statue is owned and maintained by the National Park Service ("NPS"). Responding officers discovered that the statue had been pulled down from its base and set afire. The base of the statue had been vandalized with anti-law enforcement slogans ("Fuck 12") and other profane graffiti.

Members of the Federal Bureau of Investigation (FBI) and USPP have compiled online open source videos of this incident in order to identify the individuals who removed the statue from its base and set it afire. The videos show a large crowd of people using ropes to pull down the Pike Statue. Members of the crowd then douse the statue in an unknown liquid and proceed to light the statue on fire. In reviewing these videos, law enforcement identified Suspect-5, later identified as JASON CHARTER, a white male dressed in all black, with black gloves, a black armband, and carrying a walking cane, a black and gray Swiss Gear logo backpack, and a bike helmet dangling from the side of the backpack. At times in these videos, CHARTER's mouth and chin are covered by what appears to be a dark colored balaclava, and at other times, CHARTER's face is fully exposed. Your affiant has reviewed the videos of this incident which show CHARTER participating in the destruction and depredation of the Pike Statue as follows:

In video taken by WUSA9 news[1] in the late evening hours of June 19, 2020, CHARTER is seen at approximately the 2:15 mark of the video standing over the toppled Pike Statue, pouring an unknown liquid onto the statue. He is then observed waving others away from the statue, and squatting down behind the statue where his hands are not visible. Seconds later, the statue catches fire. CHARTER is seen standing over the flames as it burns.



---

[1] Available at https://www.wusa9.com/article/news/local/protests/confederate-statues-dc-roads-buildings-and-monuments/65-819b1d16-1d23-4005-b5f4-f71ca6698910

CHARTER then continues to pour an unknown liquid onto the statue. These actions are also recorded in video footage taken by the Ruptly news service,[2] at the 1:00 minute mark of the video:



At approximately the 1:40 mark of this video, CHARTER is visible with his face covering removed, lighting a cigarette in the flames engulfing the Pike Statue.



---

[2] Available at https://www.youtube.com/watch?v=LWFMmis_7rU

The Pike Statue is the property of the United States and it sustained significant damage due to the actions of the individuals involved in the aforementioned offense. Your affiant is aware that law enforcement has communicated directly with the chief of the Resource Management section in the National Mall and Memorial Parks division of the National Park Service who is responsible for managing the Pike Statue. NPS has conducted an examination of the damage done to the statue and advised that their estimated cost to repair the statue itself, including the removal of graffiti from the base of the statue, restoration of the burnt façade of the statue, and reinstallation of the statue on its pedestal, is approximately $250,000.

On June 22, 2020, a crowd of approximately 200 people had gathered in Lafayette Park in the 1600 block of Pennsylvania Avenue in Washington, D.C. There is a statue of General Andrew Jackson in the center of the park (the "Jackson Statue"). On this date, the Jackson Statue was surrounded with an eight foot high chain link fence due to recent protests in the area. Officers from the United States Park Police (USPP) and the Metropolitan Police Department (MPD) were in the area monitoring the crowd.

Your affiant observed an organized effort to attempt to remove the Jackson Statue from its base and damage it, including the cannons at the statue's base. Many individuals were standing around the statue with arms interlocked to create a blockade preventing the police from approaching the statue. Other individuals had climbed onto the statue and were affixing white ropes, chains and a yellow strap to the statue. Your affiant further observed multiple people pulling on the ropes, chains and strap attempting to pull the statue down.

The Jackson Statue is the property of the United States and it sustained significant damage due to the actions of the individuals involved in the offenses described herein. Your affiant is aware that law enforcement has communicated directly with a superintendent at the National Park Service who is responsible for managing Lafayette Park and the Jackson Statue. NPS has conducted an initial examination of the damage to the Jackson Statue and has begun estimating the cost of repairs. While NPS has not yet completed their estimate of all the damage, NPS has advised law enforcement that the historic cannon carriages at the base of the statue were irreparably damaged, that some parts of the statue were bent and that other parts of the statue sustained damage from blunt objects and chemicals. NPS further advised your affiant that the estimated replacement cost for the historic cannon carriages is $76,000 and that the estimated cost to repair one of the bent portions of the statue is $2,000. NPS has requested a further inspection of the statue to ascertain the extent of the structural damage to the statue and its foundation.

Members of MPD, FBI and USPP have reviewed online open source videos of the incident, videos from MPD body-worn camera footage, and footage recorded by the Secret Service in order to identify the individuals who attempted to remove the Jackson Statue from its base and damage it, including the cannons at the statue's base.

Your affiant has reviewed Secret Service surveillance video from the Jackson Statue incident, and the video shows CHARTER entering the grounds of Lafayette Park on June 22, 2020, at approximately 6:16:52 PM. CHARTER is seen wearing an armband on his right arm, holding a

walking cane, and wearing a Swiss Gear logo backpack with a bicycle helmet dangling from the side. CHARTER is also wearing red ski goggles on his forehead, and a white face mask.



Your affiant also reviewed surveillance footage capturing the attempt that evening by a large group of individuals to pull down the Jackson Statue. In the video, CHARTER is seen at approximately 7:48 PM standing inside the gated area of the Jackson Statue and directing others. CHARTER is seen grabbing ropes that are attached to the statue and adjusting them. CHARTER is boosted up onto the statue by an unknown subject and then appears to request ropes from people on the ground level. A yellow tow strap is handed to CHARTER and he unwraps it and prepares it to be attached to the statue. CHARTER hands the strap to an unknown subject that attaches the strap to the statue. CHARTER is then handed a packaged yellow rope. CHARTER unwraps the rope and attaches it to the Jackson Statue. CHARTER grabs ropes attached to the statue and uses them to descend the statue. At that time the video pans away.

As the images included above indicate, CHARTER is plainly visible in footage from the destruction of both the Pike Statue and the Jackson Statue, carrying the same Swiss Gear logo backpack, bicycle helmet, walking cane, and armband. At the Jackson Statue incident, CHARTER is additionally seen wearing a red set of ski goggles and a yellow ventilator mask. CHARTER'S face is clearly visible at different times during each incident:



Your Affiant has spoken with Lieutenant Jason Bagshaw of the Metropolitan Police Department. Lieutenant Bagshaw has had numerous personal interactions with CHARTER after first meeting CHARTER during a protest in Washington, D.C. in July of 2019. On February 8, 2020, CHARTER and Bagshaw met again at a protest in Washington, D.C., and video footage of their encounter was recorded and is available on You Tube.[3] Lieutenant Bagshaw has since seen CHARTER on multiple occasions, and has held extensive conversations with CHARTER, at CHARTER'S initiation, about the nature of the ongoing protests in Washington, D.C. CHARTER has called Lieutenant Bagshaw on his cell phone to discuss these matters on a regular basis, and CHARTER even rode with Lieutenant Bagshaw to a convenience store following a protest in June of 2020. Lieutenant Bagshaw reviewed the video from the Pike Statue and the Jackson Statue incidents and after reviewing the footage, he positively identified JASON CHARTER as Suspect-5 in the above referenced video footage.

On June 26, 2020, at 1800 hours, a protest was held within Lincoln Park adjacent to the 1200 block of East Capital Street, Northeast, Washington, DC.  CHARTER encountered V-1, and is alleged to have assaulted V-1. V-1 responded to USPP District One and filed an assault report with Officer Adams.  At 01:00 AM on June 27, 2020, CHARTER called the First District police station and spoke with Officer Adams. CHARTER admitted being involved in an incident at Lincoln Park and indicated that he would like to make a statement to tell his side of the incident. CHARTER also provided his home address.

On the same date, USPP law enforcement officers were monitoring social media during the demonstration at Lincoln Park. Officers observed a white male being physically assaulted by a male dressed in black, wearing a black helmet, red googles, and holding a blue cane. In the comments section underneath the video, the male in black was identified as Jason Charter. Officers were able to locate the Twitter account belonging to Jason Charter.

---

[3] Available at https://youtu.be/qj2aapUlWSU

Law enforcement conducted a database search of the name Jason Charter and located the Washington, D.C. driver's license image of Jason Robert Charter, date of birth January X, 19XX, with the same address provided to Officer Adams. The images from the Twitter account and the Driver's license image are identical.

Further investigation revealed that on June 20, 2020, shortly after the destruction of the Pike Statue, CHARTER posted an image on his Twitter page of the Pike Statue on fire with the caption, "Tearing down statues of traitors to the nation is a service to this nation not a crime." Law enforcement has also identified a Facebook account belonging to CHARTER, where he posts images at 1:50 a.m. on June 20, 2020, of the Albert Pike Statue burning on the ground, along with the caption, "Death to all Confederate Statues."



Your affiant believes probable cause exists to issue an arrest warrants for JASON CHARTER for violations of 18 U.S.C. § 1361, Destruction of Property of the United States causing damage in excess of $1,000.

*Johnathon Hoyt*

SPECIAL AGENT JOHNATHON HOYT
FEDERAL BUREAU OF INVESTIGATION


*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 1ST day of July, 2020.*


DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE