# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 20-CR-135 (DLF) |
| v. | : |
| JASON CHARTER | : |
| **Defendant.** | : |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney James Nelson. James Nelson will substitute for Assistant United States Attorney Gilead Light counsel for the United States. Assistant United States Attorney James Nelson may be contacted either by phone on (202) 252-6986 or by e-mail at James.Nelson@usdoj.gov.

        Respectfully submitted,

        MICHAEL R. SHERWIN
        Acting United States Attorney
        New York Bar No. 4444188

By:   /s/ James Nelson
        James Nelson
        Assistant United States Attorney
        D.C. Bar- 1613700
        555 4th Street, N.W., Room 4112
        Washington, D.C. 20001
        202-252-6986
        James.Nelson@usdoj.gov