UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Case No.:  20-CR-0135 (DLF) |
| JASON CHARTER, et al. | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Christopher Berridge, who may be contacted by telephone on (202) 252-6685 or e-mail at Christopher.Berridge@usdoj.gov.  This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
NEW YORK BAR NO. 4444188

By:     __/s/ *Christopher A. Berridge*_____
Christopher A. Berridge
Assistant United States Attorney
Bar No.: GA 829103
555 4th Street, N.W.
Washington, DC 20001
Desk: (202) 252-6685
Mobile: (202) 740-1738
Christopher.Berridge@usdoj.gov

## CERTIFICATE OF SERVICE

On this 27th day of August, 2020, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

      /s/ *Christopher A. Berridge*
      Christopher A. Berridge
      Assistant United States Attorney