UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:20-cr-00135-DLF |
| ) | |
| ) | Judge:  Honorable Dabney L. Friedrich |
| JASON CHARTER ) | |
| ) | Next Event: Status Hearing |
| ) | November 5, 2020 |
| Defendant. ) | |
| ) | |

**MOTION TO AMEND CONDITIONS OF RELEASE**

Jason Charter ("Mr. Charter"), by and through undersigned counsel, respectfully moves this Court pursuant to 18 U.S.C. §3142, the Fifth, Eighth and Fourteenth Amendments to the United States Constitution, for an amendment to the Conditions of Release to remove the condition that Mr. Charter motion the Court when traveling outside of his residence.

1. Mr. Charter is currently being charged with Felony Destruction of Property 18 USC§1361 Felony Destruction of Veterans' Memorial 18 USC §1369 and Aiding and Abetting, Causing an Act to be Done in violation of 18 USC §2. The allegation against Mr. Charter is that, on June 22, 2020, Mr. Charter is alleged to have aided and abetted the attempted removal of a statute of Andrew Jackson, located in Lafayette Square.

2. On July 2, 2020, Mr. Charter was arrested by the United States Park Police in conjunction with the Federal Bureau of Investigation. The allegation of Mr. Charter's involvement in that incident are minimal at best. See Doc 1.1.  A search warrant was executed on

1

his home that same day. Media outlets have publicly pronounced Mr. Charter is the ring leader of Antifa, a group that doesn't exist.[1]

3.      Antifa is short for Anti Fascism, a belief that individuals should not be racist against people that don't look like them.[2]

4.      The current President of the United States has publicly stated several times erroneously that those affiliating with the group are domestic terrorist. He has made that statement as recently as a town hall on national television airing on NBC on October 15, 2020.[3]

## ARGUMENT

### I.    JASON CHARTER IS NOT A DANGER TO THE COMMUNITY

18 U.S.C. §3142 states that court shall place the conditions of release "reasonably assure the appearance of the person as required and the safety of any other person and the community." Mr. Charter has appeared at all of his court dates and does not have any history of failure to appears so risk of flight is non-existent. Mr. Charter is not a danger to the community, in fact, he has dedicated his adult life and recent months to activist work ensuring people in this community are treated fairly by government and police, an undertaking that has landed him with a felony indictment and two baseless misdemeanor charges.

     a.   **The Court's Minute Order on October 7, 2020 Places Mr. Charter on House Arrest.**

On October 6, 2020, Pre-trial wrote a report ("Report") requesting more conditions of release be imposed on Mr. Charter due to the arrests including a stay away from the area

---

[1] https://www.foxnews.com/politics/court-documents-detail-alleged-activities-of-ringleader-accused-of-vandalizing-dc-statues

[2] https://en.wikipedia.org/wiki/Antifa_(United_States)

[3] https://www.cnbc.com/2020/10/15/trump-town-hall-president-grilled-on-coronavirus-qanon-white-supremacy.html

bounded by 17th Street, NW, Constitution Ave NW, 14th Street, NW, 14th Street NW and Independence Ave NW; Lincoln Park and Jack Posobeic. See Doc 14 at 2. The Report also "request the Court consider restricting the defendant's travel to the Washington, DC area with permission to travel to Winchester, Virginia for medical appointments and all other travel to be approved by the Court." See Doc 14 at 2.

The Court then imposed those conditions but then added a condition restricting Mr. Charters movement to home confinement stating "In addition, the defendant's travel is restricted to Winchester, Virginia for medical appointments only. Any other travel must be approved in advance by the Court." See Minute Order Entered on 10/17/2020. This Order effectively places Mr. Charter on house arrest. Aside from the new meritless arrests, discussed below, Mr. Charter has been compliant with his Pre-Trial conditions. Also, although within the Court's discretion to *sua sponte* amend conditions of release, even Pre-trial did not request the additional restriction of house arrest be placed on Mr. Charter.

If restricted to only travel within the District without court approval, Mr. Charter's address is minutes away from the Maryland border where he goes for doctor's appointments, general shopping, and to visit immediate family. Mr. Charter would not be able to patron the establishments in Maryland with a strict order that does not take into account Mr. Charter is not a danger to the community but a community activist.

Also, isolating Mr. Charter to the confines of his home only serves as additional punishment for him exercising his First Amendment right. It also emboldens those opposing the protests to continue to use the Courts to chill free speech and ongoing demonstrations in the wake of the death of George Floyd and calls for police reform.

3

### b. The October 3, 2020 Assault on a Police Officer Charge is Without Merit.

As for the October 3, 2020 arrest for Assault on a Police Officer ("APO"), according to the Gernstein Report, attached as Exhibit 1, Mr. Charter was counter-protesting a Walk Away demonstration at Washington Square when he and a group of others peaceful protestors were violently removed from the location by United States Park Police. Luckily, a reporter captured video of the incident. Mr. Charter is seen wearing a red bandanna mask, with a backpack and a cane.[4]  The group was exercising their 1st Amendment protected right to free speech before they were confronted by individuals and then confronted by the police. Video at 0:38. The video shows a Park Police officer grab a megaphone from another protestor (not Mr. Charter), at that moment words ensued between that individual and the Park Police Officer. Video at 0:47. The Affiant of the Gernstein states that while this was happening, he believed Mr. Charter "grabbed the upper collar of Officer Carucci's tactical vest, and pulled on it." See, Gernstein, attached as Exhibit 1. The video shows no such grabbing of an officer occur but rather Mr. Charter trying to comply with the requests of the Officers who were physically engaging the protestors and trying to move them without legal authority. Video at 1:00. Seconds later, at the top right of the screen, you can see Mr. Charter in the background get violently thrown to the ground by a Park Police Officer. Video at 1:04. Mr. Charter was then escorted from the crowd by Park Police Officers. Video at 2:21. Mr. Charter was eventually transported to the hospital for his injuries.

Because this incident occurred on a Saturday, Mr. Charter was incarcerated October 3, October 4 and then finally arraigned in the District of Columbia Superior Court on October 5.

---

[4] https://www.youtube.com/watch?v=xpnpGk52zAo ("Video")

### c. The Park Police Re-Arrested Mr. Charter for an Alleged Assault on June 26, 2020, Also Without Merit.

On October 5, 2020, shortly after his release on the APO charge, Mr. Charter was arrested again by the United States Park Police for an incident with an offense date of June 26, 2020, four days after the Andrew Jackson incident. There is not a Gernstein report available for this incident. The complaining witness in this incident is an individual named Jack Posobiec, a known alt-right movement leader. There is however, publicly sourced video available of the alleged incident.[5]

On June 26, 2020, Mr. Posobiec attended a protest. Video footage shows Mr. Posobeic being asked to leave the event due to the inflammatory nature of his beliefs that Caucasians are superior to other races otherwise known as White supremacy. Eventually Mr. Posobeic leaves the area. Mr. Posobeic filed a police report stating he was assaulted by Mr. Charter although publicly available video shows Mr. Posobeic was never threatened with violence or struck by anyone. On October 2, 2020, just days before the arrest of Mr. Charter, Mr. Posobeic released a trailer for a documentary in which footage from this event was used stating "Democrats condemn 'Q Anon' but say we don't need to worry about these guys bc they are just an idea:".[6]

Although fully aware of this incident, and the allegation that Mr. Charter may be involved, Park Police did not issue a warrant when they raided Mr. Charter's home in conjunction with this matter on July 2, 2020. The allegations were not acted upon when Park Police violently threw Mr. Charter to the ground and then arrested him for Assault on a Police

---

[5] https://www.youtube.com/watch?v=iNAhkrMLFps

[6] https://twitter.com/JackPosobiec/status/1312130070404759552?s=19 (at 0:57 and 1:13); See, Screen Shot attached hereto as Exhibit 2.

Officer on October 3, 2020. The Park Police waited until after Mr. Charter was arraigned and released to arrest him again landing him in jail an additional night.

## CONCLUSION

Defense requests the Court to take into account the limited pre-trial recommendation prompting the amendment, the danger to Mr. Charter that filing a public motion for all of his movements outside of the area, the address of the defendant if limited to only traveling within the District and the danger to Mr. Charter if required to motion the court in a public forum to travel outside of the DC area.

WHEREFORE, for the reasons stated above, as well as any other reasons that become apparent to the Court, the defense respectfully requests that the Court grant this Motion and amend the condition that Mr. Charter motion the Court to leave his home without approval in advance by the Court.

DATE SUBMITTED: October 19, 2020                             JASON CHARTER
                                                                                              By Counsel

ANDREW CLARKE LAW, PLLC
1712 I STREET, NW, SUITE 915
WASHINGTON, DC, 20006
Telephone: (202)780-9144
a.clarke@aclarkelaw.com

/s/Andrew O. Clarke
Andrew O. Clarke, Esquire
DC BAR NO # 1032649
*Counsel for Jason Charter*

## CERTIFICATE OF SERVICE

I hereby certify that on this October 19, 2020, I electronically filed the foregoing with the Clerk of Clerk using the CM/ECF system which will send notification of such filing to Christopher Berridge, Esquire at Christopher.Berridge@usdoj.gov.

                                                                                /s/Andrew O. Clarke
                                                                                Andrew O. Clarke, Esquire