# EXHIBIT 1

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## UNITED STATES
## VS
## CHARTER, JASON ROBERT
CCN #: **20141357**
Arrest Number: **532018455**

The event occurred on **10/03/2020** at approximately **12:50** at **WASHINGTON MONUMENT, 1551 INDEPENDENCE AVENUE SW, WASHINGTON, DC 20004**

---

On Saturday 10/3/2020, United States Park Police officers were assigned to the permitted "Walk Away" demonstration on the Washington Monument grounds. At approximately 1250 hours, a group of counterdemonstrators (Freedom Fighters) mixed in with the permitted demonstration. The counter protestors and permitted demonstrators began pushing and shoving each other.

USPP officers went into the crowd to de-escalate and separate the groups. The counter protestors were being moved out of the crowd to a separate and neutral location. While moving the group, the protestors became assaultive to US Park Police officers. Officer Sinacore responded to a call to assist officers at the above location. When on scene, Officer Sinacore observed a white male, wearing black pants, black shirt, black backpack, and a red bandana grab the upper collar of Officer Carucci's tactical vest, and pulled on it. Officer Sinacore believed that the individual was going to attempt to pull Officer Carucci to the ground. Officer Sinacore grabbed the individual, later identified by his DC DL as Jason Robert CHARTER, by his shirt in to halt the assault on the officer. CHARTER then began to resist Officer Sinacore by trying pull away from him as he attempted to place him under arrest for APO.

Multiple individuals grabbed on to CHARTER's limbs and clothing to pull him away from Officer Sinacore to aid in CHARTER's escape from arrest. Officer Sinacore held onto CHARTER with one hand, while pushing away the individuals from himself and the arrestee. Multiple US Park Police officers assisted and were also being pulled and pushed by the interfering individuals. Officer Sinacore and the assisting officers were able to successfully detain CHARTER. CHARTER was escorted out of the crowd to the 15th street side of the monument grounds.

Search incident to arrest of CHARTER's black backpack revealed a medicine bottle with no label containing multiple pills. The container contained 3 white oval pills marked "n 357" on one side, and "7.5" on the other. A search of www.drugs.com revealed the pill was hydrocodone, which is prescription only and a schedule 2 narcotic. Additionally, the container contained 2 green round pills marked "TEVA" AND "B33". A search of www.drugs.com revealed the pills were Benzodiazepines, which is prescription only and a schedule 4 narcotic. CHARTER was charged with Possession of a Controlled Substance.

On scene, CHARTER requested medical attention for previous injuries there were reaggravated from the incident. CHARTER was checked out by an EMS supervisor on scene, and CHARTER was not cooperating and answering the medical professional's questions. CHARTER was transported to Georgetown Hospital for further evaluation.

After evaluation, CHARTER was transported to US Park Police District One for processing. CHARTER was charged with Assault on a Police Officer and Possession of a Controlled Substance. CHARTER was remanded to DC CCB after processing to be held until presentment.

---

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this **10/03/2020**

| SINACORE, L / 649 / 649 (10/03/2020) E-SIGNATURE | | HUFFMAN, D / 924 (10/03/2020) E-SIGNATURE |
|---|---|---|
| Police Officer / Badge# / CAD# | Unit | Witness / Deputy Clerk |

| SINACORE, L / 649 / 649 | HUFFMAN, D / 924 |
|---|---|
| Printed Name of Member / Badge# / CAD# | Printed Name of Witness / Deputy Clerk |

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405

Pg. 1 of 1