UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cr-00135-DLF |
| | ) | |
| | ) | Judge:  Honorable Dabney L. Friedrich |
| JASON CHARTER | ) | |
| | ) | Next Event: Status Hearing |
| | ) | November 5, 2020 |
| Defendant. | ) | |

**ORDER**

It is hereby ORDERED this _____ day of _____ that the condition that Jason Charter not be permitted to leave his home without court approval be removed.

_____
Honorable Judge Dabney L. Friedrich
Associate Judge, US District Court for the District of Columbia