UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **CRIMINAL NO.** |
| v. | : | |
| | : | 20-cr-117 (DLF) |
| | : | 20-cr-135 (DLF) |
| | : | |
| GRAHAM LLOYD, et al. | : | |
| JASON CHARTER | : | |
| | : | |
| Defendants. | : | |

## JOINT STATUS REPORT

At the last status hearing on the above-captioned cases, the Court ordered parties to confer on the government's proposed protective order governing some discovery in this case (ECF No. 34). The Court ordered the parties to file a joint status report with an update for the Court by December 4, 2020. The government has discussed this joint status report with the defendants and now makes the following representations:

Since the last status hearing, the parties have made significant progress in reaching a consent protective order. The parties are currently finalizing the details of the order and expect to have a resolution shortly. Accordingly, the government anticipates filing an unopposed motion for the consent protective order along with the text of the proposed order within the next few days, in advance of the December 10, 2020 status hearing.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

By:    /s/Christopher A. Berridge
        Christopher A. Berridge
        GA Bar No. 829103
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-6685
        Christopher.Berridge@usdoj.gov