UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>JASON CHARTER )<br>)<br>)<br>)<br>Defendant. )<br>_____ ) | Case No. 1:20-cr-00135-DLF<br><br>Judge:  Honorable Dabney L. Friedrich<br><br>Next Event: Status Hearing<br>            April 13, 2021 |

**MOTION TO AMEND CONDITIONS OF RELEASE**

Jason Charter ("Mr. Charter"), by and through undersigned counsel, respectfully moves this Court pursuant to 18 U.S.C. §3142, the Fifth, Eighth and Fourteenth Amendments to the United States Constitution, to amend the Conditions of Release to allow Mr. Charter to travel outside of the District for medical appoints with approval from Pre-trial Services.

**I.    MR. CHARTER IS SEEKING A MODIFICATION TO HIS RELEASE CONDITIONS**

18 U.S.C. §3142 states the judicial officer may at any time amend the order to impose additional or different conditions of release. Currently Mr. Charter can only travel to Winchester, Virginia for his medical appointments. Other appointments require court approval prior to travel. Recently, a need has arose for Mr. Charter to travel to other locations outside of the District of Columbia and Winchester, Virginia to seek medical treatment.  It would be burdensome for Mr. Charter, by Counsel, to file a motion with the court each time he needs to seek medical attention outside of the designated area.

Pre-trial Services has expressed it would have no opposition to this request.

1

2

WHEREFORE, for the reasons stated above, as well as any other reasons that become apparent to the Court, the defense respectfully requests that the Court grant this Motion and amend to the Conditions of Release to allow Mr. Charter to travel outside of the District of Columbia for medical appoints with approval from Pre-trial Services.

DATE SUBMITTED: March 25, 2021                                              JASON CHARTER
                                                                                                           By Counsel

ANDREW CLARKE LAW, PLLC
1712 I STREET, NW, SUITE 915
WASHINGTON, DC, 20006
Telephone: (202)780-9144
a.clarke@aclarkelaw.com

/s/Andrew O. Clarke
Andrew O. Clarke, Esquire
DC BAR NO # 1032649
*Counsel for Jason Charter*

## CERTIFICATE OF SERVICE

I hereby certify that on this March 25, 2021, I electronically filed the foregoing with the Clerk of Clerk using the CM/ECF system which will send notification of such filing to Christopher Berridge, Esquire at Christopher.Berridge@usdoj.gov.

/s/Andrew O. Clarke
Andrew O. Clarke, Esquire