UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | Case No. 20-CR-135 (DLF) |
| v. | : | |
| | : | |
| **JASON CHARTER,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that Thomas G. Strong has been designated as counsel of record in this matter.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

By:   */s/ Thomas G. Strong*
Thomas G. Strong
NY Bar No. 4958658
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, DC 20530
Phone:  (202) 294-2403
Email:  thomas.strong@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel via the Electronic Case Filing (ECF) system, on April 30, 2021.

By: */s/ Thomas G. Strong*
Thomas G. Strong
NY Bar No. 4958658
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, DC 20530
Phone: (202) 294-2403
Email: thomas.strong@usdoj.gov