**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NOS. 20-cr-117 (DLF) |
| : | 20-cr-135 (DLF) |
| v. : | |
| : | |
| GRAHAM LLOYD ET AL. : | |
| JASON CHARTER, : | |
| : | |
| : | |
| Defendants. : | |

**JOINT MOTION TO VACATE AND EXCLUDE SPEEDY TRIAL CLOCK**

As indicated in the last Joint Status Report, the parties are actively working to resolve these cases with plea agreements. We are now just finalizing paperwork to submit to the Court for each defendant. Once we have signed paperwork for each defendant, we will coordinate with the Courtroom Deputy Mr. Hopkins to set plea hearings for each defendant.

Accordingly, the August 16, 2021 status hearing for these cases is not necessary, and given the logistics to coordinate all parties for said hearing, the parties agree that the status hearing should be vacated in favor of setting individual plea hearings. Further, the parties move jointly to exclude time under the Speedy Trial Act through the individual plea hearings in the interest of justice and in order to facilitate the plea agreements. We expect that each plea hearing will take place no later than September 30, 2021.

The government has relayed this Motion to each counsel for the respective defendants and is authorized to file this Motion as a joint filing.

Respectfully submitted,

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793


By:   /s/ *Christopher A. Berridge*
Christopher A. Berridge
Assistant United States Attorney
GA Bar No. 829103
555 4th Street, N.W., Room 4124
Washington, D.C. 20530
202-252-6685
Christopher.Berridge@usdoj.gov

Thomas G. Strong
Assistant United States Attorney
NY Bar No. 4958658
555 4th Street, N.W., Room 4110
Washington, DC 20530
(202) 252-7063
Thomas.Strong@usdoj.gov