IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) |
| v. | ) ) |
| GRAHAM LLOYD, RYAN LANE, LEE MICHAEL CANTRELL, CONNOR JUDD, UZZIAH HAIRSTON, JASON CHARTER, | ) ) ) ) Case No. 20-cr-00117-DLF ) Case No. 20-cr-00135-DLF ) |
| Defendants. | |

**JOINT SUBMISSION**
**IN RESPONSE TO THE COURT'S MINUTE ORDER DATED DECEMBER 7, 2021**

Pursuant to the Court's Minute Order dated December 7, 2021 instructing the parties to provide similar cases in this district and others that demonstrate that the recommended sentence is sufficient but not greater than necessary to comply with the purposes of sentencing, the parties submit this Joint Submission.

The following table contains information about cases involving conduct sentenced under 18 U.S.C. § 1752. These cases show that the sentences recommended in the Defendants' respective plea agreements avoid unwarranted sentencing disparities among defendants who have been found guilty of similar conduct.[1]

---

[1] The Defendants reserve the right to oppose any recommendation the government may make for supervised release, probation, or the fine to be imposed at sentencing.

| Case & Court | Conduct | Outcome | Sentence |
| --- | --- | --- | --- |
| U.S. v. Bursey (No. 03-cr-309) (D.S.C. 2003) | Entering area cordoned off where President was visiting | Convicted of 1 count of misdemeanor violation of 18 USC § 1752 | $500 fine and $10 Special Assessment. |
| U.S. v. Ventre (No. 06-cr-14) (W.D. Tex. 2006) | Trespassing near President Bush's temporary Texas Residence | Pleaded guilty to 1 count of misdemeanor violation of 18 USC § 1752 | 4 years of probation with 30 days in custody as special condition of probation, and $10 Special Assessment; fine waived due to inability to pay. |
| U.S. v. Caputo (No. 15-cr-175) (D.D.C. 2015) (Cooper, J.) | Entry into White House grounds to protest | Pleaded guilty to 1 count of misdemeanor violation of 18 USC § 1752 | 3 years of probation and $25 Special Assessment. |
| U.S. v. Jabr (No. 18-cr-105) (D.D.C. 2018) (Friedman, J.) | Attempted entry of the White House, including jumping two fences | Convicted of 1 count of misdemeanor violation of 18 USC § 1752 | Time served (4 days detention following arrest), 12 months of supervised release with conditions, $480 Restitution, and $25 Special Assessment. |

Dated: December 10, 2021

Respectfully submitted,

By: /s/ *Thomas G. Connolly*
Thomas G. Connolly (D.C. Bar No. 420416)
HARRIS, WILTSHIRE & GRANNIS
1919 M Street, N.W.
Washington, DC 20036
Telephone: (202) 730-1339
Facsimile: (202) 730-1301
TConnolly@hwglaw.com
Christopher T. Berg (admitted *pro hac vice*)
Williams & Connolly LLP
725 12th St., NW
Washington, D.C. 20005
Direct: (202) 434-5346
Fax: (202) 434-5029
cberg@wc.com

*Counsel for Defendant Judd*

By: /s/ *L. Barrett Boss*
L. Barrett Boss (D.C. Bar No. 398100)
Thomas J. Ingalls (D.C. Bar No. 1030149)
COZEN O'CONNOR
1200 19th Street NW, Suite 300
Washington, DC 20036
Telephone: (202) 912-4818
Facsimile: (866) 413-0172
bboss@cozen.com
tingalls@cozen.com

*Counsel for Defendant Cantrell*

By: */s/ Peter E. Rodway*
Peter E. Rodway, Esq.
rodlaw@maine.rr.com
P.O. Box 444
Portland, Maine 04112-0444
207-773-8449
Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, NW
Suite 200
Washington, D.C., 20006
(202) 462-1100

*Counsel for Graham Lloyd*

By: */s/ Danny C. Onorato*
Danny C. Onorato
SCHERTLER & ONORATO
901 New York Ave NW
Suite 500 West
Washington, DC 20001
(202) 309-0912
Fax: (202) 628-4177
Email: donorato@schertlerlaw.com

*Counsel for Ryan Lane*

By: */s/ David Barry Benowitz*
David Barry Benowitz
Rammy George Barbari
PRICE BENOWITZ LLP
409 Seventh Street, NW
Suite 200

3

Washington, DC 20004
(202) 417-6000
Fax: (202) 664-1331
Email: David@pricebenowitz.com

*Counsel for Uzziah Hairston*

By: */s/ Andrew O. Clarke*
Andrew O. Clarke, Esquire
Principal Attorney
A. Clarke Law, PLLC
137 National Plaza
Suite 300
National Harbor, MD 20745
T- (202)780-9144
F- (202)747-5827

*Counsel for Jason Charter*

By:      */s/ Thomas G. Strong*
Christopher A. Berridge
GA Bar No. 829103
Thomas G. Strong
NY Bar No. 4958658
Assistant United States Attorneys
555 4th Street, N.W.
Washington, DC 20530
Christopher.Berridge@usdoj.gov
(202) 252-6685
Thomas.Strong@usdoj.gov
(202) 252-7063

*Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on this December 10, 2021, I electronically filed the foregoing with the Clerk of Clerk using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Andrew O. Clarke, Esq.*