**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NOS. 20-cr-117 (DLF)** |
| : | **20-cr-135 (DLF)** |
| **v.** : | |
| : | |
| **GRAHAM LLOYD ET AL.** : | |
| **JASON CHARTER,** : | |
| : | |
| : | |
| **Defendants.** : | |

## MOTION TO UNSEAL EXHIBIT 1 FOR EACH SENTENCING MEMORANDA AND PUBLISH PURSUANT TO THE PROTECTIVE ORDER

On December 10, 2020, the Court granted the government's unopposed motion for a protective order governing certain discovery materials in the above-captioned cases (ECF Nos. 49 and 23, respectively). In its sentencing memoranda for each defendant, the government has submitted or will submit to the Court a video exhibit ("Exhibit 1") under seal that is subject to the Protective Order granted by the Court.

According to the terms of the Protective Order, and to alleviate any public access issues at the Sentencing Hearings, the government hereby moves to unseal the sentencing memoranda Exhibit 1 for each defendant's sentencing memoranda. After Exhibit 1 is unsealed, the government seeks additional leave to publish Exhibit 1 at each Sentencing Hearing. The government will further furnish a copy of Exhibit 1 to the Clerk's Office for public access.

Any additional videos shown by the government at the Sentencing Hearings are already publicly available and are not subject to the Protective Order. Nevertheless, the government will similarly make each additional video shown as an Exhibit during each Sentencing Hearing available to the public via the Clerk's Office.

1

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Christopher A. Berridge*
Christopher A. Berridge
GA Bar No. 829103
Thomas G. Strong
NY Bar No. 4958658
Assistant United States Attorneys
555 4th Street, N.W.
Washington, DC 20530
Christopher.Berridge@usdoj.gov
Thomas.Strong@usdoj.gov