UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | Case No. 20-CR-135 (DLF) |
| v. | : | |
| | : | |
| **JASON ROBERT CHARTER,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S
### MOTION TO MODIFY CONDITIONS OF PROBATION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this response to the Defendant's Motion to Modify Conditions of Probation.

Pursuant to 18 U.S.C. § 3563(a)(3) and (a)(6), the Defendant's Mandatory Conditions of probation include prohibitions on the unlawful possession and use of controlled substances. (ECF No. 53 at 2.) Marihuana is a Schedule I controlled substance, for which the DEA provides there is no accepted medical use in treatment and a high potential for abuse. As a result, the Defendant, like all Defendants subject to such conditions during pretrial or post-conviction supervision, must refrain from the unlawful possession and use of controlled substances, to include marihuana, in order to achieve compliance with his probation conditions.

To the extent the Defendant seeks the Court's permission to use substances that are not designated as controlled substances under the Controlled Substances Act, such conduct is not prohibited by the Mandatory Conditions and does not require a modification. The Government is not currently recommending that the Court impose a sanction for the Defendant's non-compliance based on marihuana use while on probation in this case.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney

By:    */s/ Thomas G. Strong*
                Thomas G. Strong
                Assistant United States Attorney
                601 D Street NW
                Washington, D.C. 20001
                (202) 252-7063
                thomas.strong@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served upon counsel of record via the Electronic Case Filing (ECF) system on August 14, 2023.

                By:     */s/ Thomas G. Strong*
                        Thomas G. Strong
                        Assistant United States Attorney